UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Misc. Case No. 0:17-mc-61911-CMA

IN RE APPLICATION OF

HARRY SARGEANT, III

TO ISSUE A SUBPOENA FOR THE
TAKING OF DISCOVERY FOR USE IN
A FOREIGN PROCEEDING
_____/

## JOINT STATUS REPORT

Pursuant to Administrative Order Closing Case [ECF No. 25] and Order Directing Compliance [ECF No. 27], the parties submit this Joint Status Report regarding the case captioned *Harry Sargeant, III v. Maroil Trading, Inc., et al.*, No. 9:17-cv-81070 - BLOOM/REINHART.

1. In the case pending before Judge Bloom, *Harry Sargeant, III v. Maroil Trading, Inc., et al.*, No. 9:17-cv-81070, Plaintiff Harry Sargeant, III's ("HS3") settled his claims against Maroil Trading Inc. ("Maroil"), Sea Pioneer Shipping Corporation ("SPSC"), and Wilmer Ruperti Perdomo ("Ruperti").

2. HS3 filed a Second Amended Complaint naming, *inter alia*, Latin American Investments, Ltd. ("LAIL"), intervenor in this action, as a Defendant.

3. Accordingly, this action is no longer necessary.

4. This Court should dismiss this action and relinquish jurisdiction.

- 2 -

Respectfully and jointly submitted,

| | |
|---|---|
| */s/ Jeffrey S. Wertman* | */s/ Christopher M. Kise* |
| Charles H. Lichtman | Christopher M. Kise |
| Florida Bar No. 501050 | Florida Bar No. 855545 |
| CLichtman@bergersingerman.com | ckise@foley.com |
| Jeffrey S. Wertman | Melissa B. Coffey |
| Florida Bar No. 3093 | Florida Bar No. 84090 |
| JWertman@bergersingerman.com | mcoffey@foley.com |
| **BERGER SINGERMAN LLP** | Joshua M. Hawkes |
| 350 East Las Olas Boulevard, Suite 1000 | Florida Bar No. 112539 |
| Fort Lauderdale, Florida 33301 | jhawkes@foley.com |
| Telephone: (954) 525-9900 | **FOLEY & LARDNER LLP** |
| Facsimile: (954) 523-2872 | 106 East College Avenue, Suite 900 |
| Attorneys for Latin American Investments, Ltd. | Tallahassee, FL 32301-7732 |
| | Telephone: (850) 222-6100 |
| | Facsimile: (850) 561-6475 |
| | Gregory W. Coleman |
| | Florida Bar No. 846831 |
| | gcoleman@lawclc.com |
| | **CRITTON, LUTTIER & COLEMAN, LLP** |
| | 303 Banyan Blvd., Suite 400 |
| | West Palm Beach, FL 33401 |
| | Telephone: (561) 842-2820 |
| | Facsimile: (561) 844-6929 |
| | Ramon A. Abadin |
| | Florida Bar No. 707988 |
| | rabadin@abadinlaw.com |
| | **RAMON A. ABADIN, P.A.** |
| | 2333 Ponce de Leon Blvd, Suite 314 |
| | Coral Gables, FL 33134 |
| | Telephone: (305) 768-9839 |
| | Facsimile: (786) 217-0133 |
| | ***Attorneys for Harry Sargeant, III*** |

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic mail on March 22, 2018 on all parties of record on CM/ECF.

*/s/ Joshua M. Hawkes*
Joshua M. Hawkes
